AO 91 (Rev. 11/11) Criminal Complaint

CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED
SEP 18 2019
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>DAVID BENJAMIN SHAFFER<br><br>*Defendant(s)* | )<br>)<br>) Case No. 1:19mj114<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __September 18, 2019__ in the county of __Washington__ in the
__Western__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841 (a)(1) | Possession With Intent to Distribute Methamphetamine, a Schedule II Controlled Substance |
| 18 USC 924(c) | Possession of a Firearm in Furtherance of a Drug Trafficking Crime |

This criminal complaint is based on these facts:
See Attachment A

☑ Continued on the attached sheet.

*Complainant's signature*

Brian Snedeker, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 9/18/19

*Judge's signature*

City and state: Abingdon, Virginia

Pamela Meade Sargent, USMJ
*Printed name and title*

ATTACHMENT A

AFFIDAVIT of
Special Agent Brian Snedeker
Drug Enforcement Administration
Bristol, Virginia

1. I, Special Agent Brian Snedeker, being duly sworn hereby depose and say:

2. The purpose of this criminal complaint and affidavit is to secure an arrest warrant for David Benjamin Shaffer charging David Benjamin Shaffer with Possession With Intent to Distribute Methamphetamine in violation of 21 USC § 841(a)(1) and Possession of a Firearm in Furtherance of a Drug Trafficking Crime in violation of 18 USC § 924(c).

3. I am a Special Agent with the Drug Enforcement Administration (DEA) and have been so employed for approximately (28) years. During my employment I have received comprehensive classroom training from the Drug Enforcement Administration in specialized narcotic investigative matters including but not limited to drug interdiction, drug detection, money laundering techniques and schemes, smuggling, and the investigation of individuals and organizations involving the smuggling, cultivation, manufacturing, and illicit trafficking of controlled substances and controlled substance precursors. I have participated in the investigations and subsequent arrests of hundreds of individuals involved with the trafficking of methamphetamine (a Schedule II Controlled Substance). I have also executed hundreds of search warrants related to the trafficking and manufacturing of methamphetamine.

4. The facts set forth in this affidavit are known to me as a result of my participation in the investigation of David Shaffer and information provided to me by other law enforcement officers.

5. During the morning of September 18, 2019, this affiant executed (with the assistance of state and local law enforcement and other federal officers) a federal search warrant upon a gold colored Ford Ranger pickup registered to David Benjamin Shaffer and displaying Virginia license plates "VYZ6527". The search warrant was executed on the aforementioned vehicle as it was parked on the side of Farnsworth Lane in the vicinity of Greenspring Road in Abingdon, VA (located within the Western District of Virginia). David Benjamin Shaffer was present inside the vehicle (driver's seat) when the vehicle was secured and the search warrant was executed. The search warrant covered the vehicle and the person of David Benjamin Shaffer as he was present within the vehicle.

6. As a result of the execution of the search warrant, numerous items were seized including the following:

   - A small, Ziploc-type bag containing approximately (14) grams of a crystalline substance that was chemically field tested by this affiant with positive results for

methamphetamine. The suspected methamphetamine was co-located with drug distribution paraphernalia consisting of a digital scale, a scale calibration weight, and numerous new/unused small, Ziploc-type plastic bags all inside a small black pouch found inside a plastic grocery bag laying in a child car seat installed on the front passenger seat of the vehicle.

- A Ziploc-type bag containing two additional Ziploc-type bags that were filled with approximately (60) grams (total weight of both bags) of crystalline substance that were found inside a box on the front passenger floorboard of the vehicle. The crystalline substance from one of the bags was chemically field tested by this affiant with positive results for methamphetamine. The packaging and quantity of the suspected methamphetamine is consistent with possession with intent to distribute methamphetamine.

- One .40 caliber Khar Arms Model CW40 handgun (Serial # FD7416) with a loaded magazine inserted and one cartridge chambered in the barrel. The handgun was seized from inside the waistband of David Benjamin Shaffer's shorts. Firearms are commonly used by narcotics traffickers to protect controlled substances and related drug proceeds.

- Numerous new/unused small, Ziploc-type bags from a cargo pocket of David Benjamin Shaffer's shorts.

11. Based upon the facts set forth above, I believe there is probable cause for the issuance of an arrest warrant charging David Benjamin Shaffer with Possession With Intent to Distribute Methamphetamine in violation of 21 USC § 841(a)(1) and Possession of a Firearm in Furtherance of a Drug Trafficking Crime in violation of 18 USC § 924(c).

_____    09-18-2019
Brian Snedeker, Special Agent (DEA)    Date

Subscribed and sworn to before me, this the 18th day of September, 2019 in Abingdon, Virginia.

Pamela Meade Sargent
United States Magistrate Judge
Western District of Virginia

Seen by:

_____
Zachary T. Lee, AUSA

09-18-2019
Date