CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

SEP 24 2019

JULIA C. DUDLEY, CLERK
BY: /s/ E. Surber
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Case No. 1:19CR43 |
| DAVID BENJAMIN SHAFFER | : |

# INDICTMENT

## COUNT ONE

The Grand Jury charges that:

1. On or about and between September 18, 2019, in the Western District of Virginia and elsewhere, DAVID BENJAMIN SHAFFER possessed with the intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, Schedule II controlled substances.

1. All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT TWO

The Grand Jury charges that:

1. On or about September 18, 2019, in the Western District of Virginia and elsewhere, DAVID BENJAMIN SHAFFER knowingly used and carried during and in relation to, and possessed in furtherance of, a drug trafficking crime for which he may be prosecuted in a court of the United States (namely, possession with the intent to distribute 50 grams or more of a mixture or substance containing methamphetamine, as charged in Count One), a firearm.

2. All in violation of Title 18, United States Code, Section 924(c).

## NOTICE OF FORFEITURE

1. Upon conviction of one or more of the felony offenses alleged in this Indictment, the defendants shall forfeit to the United States:

   a. any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of said offenses, pursuant to 21 U.S.C. § 853(a)(1).

   b. any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said offenses, pursuant to 21 U.S.C. § 853(a)(2).

2. The property to be forfeited to the United States includes but is not limited to the following property:

   a. **FIREARMS**

   (1) .40 caliber Khar Arms Model CW40 handgun (Serial # FD7416)

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;
   b. has been transferred or sold to, or deposited with a third person;
   c. has been placed beyond the jurisdiction of the Court;
   d. has been substantially diminished in value; or
   e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States to seek forfeiture of any other property of the defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p), including but not limited to above property.

A TRUE BILL, this 24 day of September, 2019.

s/Grand Jury Foreperson

by /s/ Thomas T. Cullen
THOMAS T. CULLEN
United States Attorney